# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT MCRAE,<br><br>            Plaintiff,<br><br>    v.<br><br>DR. DIKRAN BAIRAMIAN, et al.,<br><br>            Defendants. | Case No. 1:16-cv-01066 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMONS FORMS AND SERVICE OF DEFENDANTS<br><br>[ECF No. 6] |

Plaintiff Michael Scott McRae ("Plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971). Plaintiff filed this action on July 25, 2016.

On August 19, 2016, Plaintiff filed a motion requesting summons forms and service of Defendants. Plaintiff is advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2). "Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that . . . the action or appeal . . . fails to state a claim upon which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii). In this case,

the Court has not yet screened the complaint, and service on Defendants has not yet been authorized. Once the complaint is screened and if service is authorized, the Court will provide Plaintiff with the appropriate summons forms for completion.  Plaintiff is advised that the Court endeavors to screen complaints as soon as possible, but the civil case backlog is substantial and the Court must first screen those complaints that have been pending the longest.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for summons forms and service of Defendants is DENIED.

IT IS SO ORDERED.

Dated:   **August 26, 2016**                             /s/ *Dennis L. Beck*
                                                                                UNITED STATES MAGISTRATE JUDGE