UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT McRAE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BAIRAMIAN DIKRAN, et al.,<br><br>　　　　Defendants. | 1:16-cv-01066-LJO-GSA-PC<br><br>**ORDER EXTENDING APPLICATION OF DISCOVERY/SCHEDULING ORDER OF DECEMBER 2, 2019, TO DEFENDANT BETZ**<br>**(ECF No. 35**.) |

Michael Scott McRae ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). This case now proceeds with Plaintiff's Second Amended Complaint filed on March 9, 2018, against defendants Dr. Dikran Bairamian,[1] Dr. Kevin Cuong Nguyen, and Dr. David Betts, for inadequate medical care under the Eighth Amendment and state law claims for medical malpractice and medical battery. (ECF No. 14.)

On November 22, 2019, defendant Bairamian filed an Answer to Plaintiff's complaint, and on December 2, 2019, the court issued a Discovery/Scheduling Order. (ECF Nos. 32, 35.)

---

[1] In his original Complaint, Plaintiff referred to this defendant as Dr. Bairamian, Dikran, M.D. (ECF No. 1.) The court entered the defendant's name as Bairamian Dikran. (Court docket.) In his Answer to the complaint defense counsel clarifies that this defendant's name is Dikran Bairamian. (ECF No. 32.)

1

Subsequently, on December 11, 2019, defendant Betz filed an Answer to the complaint. (ECF No. 36.)

By this order, the court shall extend the application of the court's December 2, 2019 Discovery/Scheduling order to defendant Betz. The parties are reminded that any requests for extensions of the deadlines set in the order must be filed prior to the expiration of the deadlines in question.

**III. CONCLUSION**

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The court's Discovery/Scheduling Order issued on December 2, 2019, is applicable to defendants Bairamian and Betz;
2. The deadline to file exhaustion motions is March 2, 2020;
3. The deadline to amend pleadings is March 31, 2020;
4. The deadline for completion of discovery, including the filing of motions to compel, is June 2, 2020; and
5. The deadline for the parties to file pretrial dispositive motions is August 2, 2020.

IT IS SO ORDERED.

Dated: **December 12, 2019**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE