UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT McRAE,<br><br>Plaintiff,<br><br>vs.<br><br>BAIRAMIAN DIKRAN, et al.,<br><br>Defendants. | 1:16-cv-01066-NONE-GSA-PC<br><br>**ORDER STRIKING PLAINTIFF'S MOTION TO AMEND FOR LACK OF SIGNATURE**<br>**(ECF No. 45.)** |

Michael Scott McRae ("Plaintiff") is a former federal prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971).

On March 30, 2020, Plaintiff filed a motion for leave to amend the complaint. (ECF No. 45.)  The document is unsigned.  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on April 20, 2018, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

    Dated: __April 27, 2020__              __/s/ Gary S. Austin__
                                                      UNITED STATES MAGISTRATE JUDGE