1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   EASTERN DISTRICT OF CALIFORNIA

7

8    MICHAEL SCOTT McRAE,                    1:16-cv-01066-NONE-GSA-PC

9           Plaintiff,                       **ORDER STRIKING PLAINTIFF'S
                                             REQUEST FOR JUDICIAL NOTICE AND
10     vs.                                   HIS RESPONSE TO OPPOSITION FOR
                                             LACK OF SIGNATURE**
11   BAIRAMIAN DIKRAN, et al.,               **(ECF Nos. 53, 54.)**

12          Defendants.

13

14          Michael Scott McRae ("Plaintiff") is a former federal prisoner proceeding *pro se* and *in*

15   *forma pauperis* with this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403

16   U.S. 388 (1971).

17          On April 30, 2020, Plaintiff filed a request for judicial notice and a reply to Defendant's

18   opposition to his motion for leave to amend the complaint. (ECF Nos. 53, 54.) These documents

19   were unsigned. **Plaintiff has signed the certificates of service attached to the documents, but**

20   **he did not sign the documents themselves**. All filings submitted to the court must bear the

21   signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Accordingly, IT IS HEREBY

22   ORDERED that Plaintiff's request for judicial notice and reply to Defendant's opposition, filed

23   on April 30, 2020, are STRICKEN from the record for lack of signature.

24

25   IT IS SO ORDERED.

26     Dated:   __May 1, 2020__              _____/s/ Gary S. Austin_____
                                                UNITED STATES MAGISTRATE JUDGE
27

28