UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT McRAE,<br><br>        Plaintiff,<br><br>    vs.<br><br>BAIRAMIAN DIKRAN, et al.,<br><br>        Defendants. | 1:16-cv-01066-NONE-GSA-PC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR STAY AS MOOT**<br>**(ECF No. 75.)** |

Michael Scott McRae ("Plaintiff") is a former federal prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). This case now proceeds with Plaintiff's Second Amended Complaint filed on March 9, 2018, against defendants Dr. Dikran Bairamian, Dr. Kevin Cuong Nguyen, and Dr. David Betz (collectively, "Defendants"), for inadequate medical care under the Eighth Amendment and state law claims for medical malpractice and medical battery. (ECF No. 14.)

On July 27, 2020, Plaintiff filed a motion for stay of the proceedings in this action pending the resolution of Plaintiff's interlocutory appeal in case no. 20-16330 at the Ninth Circuit Court of Appeals. (ECF No. 75.) Plaintiff's motion for stay is moot because on August 18, 2020, the Ninth Circuit issued its formal mandate in case 20-16330, resolving Plaintiff's interlocutory appeal. (ECF No. 76.)

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for stay, filed on July 27, 2020, is DENIED as moot.

IT IS SO ORDERED.

Dated: **August 21, 2020**           /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE