UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT McRAE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BAIRAMIAN DIKRAN, et al.,<br><br>　　　　Defendants. | No. 1:16-01066-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT BAIRAMIAN'S MOTION FOR SUMMARY JUDGMENT AS TO BIVENS CLAIMS, AND DECLINING TO EXERCISE SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S STATE LAW CLAIMS AGAINST DEFENDANT BAIRAMIAN<br><br>(Doc. No. 80, 104.)<br><br>ORDER |

Michael Scott McRae ("Plaintiff") is a former federal prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 28, 2021, findings and recommendations were entered by the assigned magistrate judge, recommending that defendant Dr. Bairamian's motion for summary judgment, filed on October 23, 2020, be granted. (Doc. No. 104.) The parties were granted fourteen days in which to file objections to the findings and recommendations. (*Id.*) The fourteen-day deadline has now expired, and no objections have been filed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations entered on April 28, 2021, are adopted in full;
2. The motion for summary judgment filed by defendant Dr. Bairamian on October 23, 2020, is granted as to plaintiff's Bivens claims under the Eighth Amendment;
3. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims brought against defendant Bairamian by plaintiff;
4. Summary judgment is granted to defendant Dr. Bairamian;
5. This case now proceeds only against defendants David Betz and Kevin Cuong Nguyen on plaintiff's Bivens claims for inadequate medical care and state law claims for medical malpractice and medical battery;
6. The Clerk of Court is directed to reflect defendant Dr. Bairamian's dismissal from this action on the court's docket; and
7. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **July 15, 2021**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE